

IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: October 14, 2011

*Randolph J. Haines*

Randolph J. Haines, Bankruptcy Judge
_____

KENNETH E. MOYER
LAW OFFICE OF KENNETH E. MOYER, PLLC
1845 McCulloch Boulevard, Suite A-10
Lake Havasu City, AZ 86403
928-505-4906
kenmoyer@frontier.com
State Bar I.D. #012533
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

LARRY J. ROBINSON AND LORETTA E. ROBINSON,

Debtors,

In Proceedings Under Chapter 13

Case No. 0:10-bk-00342-RJH

**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) <u>Future Earnings or Income</u>. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|--------|--------|
| 1 - 50 | $953.00 |

The payments are due on or before the 7th day of each month commencing February 7, 2010. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

Km

Law Office of
Kenneth E. Moyer, PLLC
1845 McCulloch Blvd.
Suite A-10
Lake Havasu City
Arizona 86403
(928)505-4906
Fax (928)505-

1

The Debtors shall provide, directly to the Trustee copies of their **federal** and **state** income tax returns including all attachments, forms, schedules and statement for post-petition years 2010, 2011 and 2012 within 15 days of filing them. The purpose is to assist the Trustee in determining any change in debtor's annual disposable income.

(2) Other Property. **The Debtors shall provide, directly to the Trustee their net federal and state income tax refunds for the years 2010, 2011, and 2012, as supplements to the plan. In the event that other property is submitted, it shall be treated as supplemental payments.**

(B) **DURATION.** This Plan shall continue for **50 months** from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay creditors in the following order:

(1) Administrative expenses:

Attorney Fees. Kenneth E. Moyer shall be allowed total compensation of $4,000.00. Counsel received $1,900.00 prior to filing this case and will be paid the remaining balance not to exceed $2,100.00 by the Chapter 13 Trustee. .

(2) Claims Secured by Real Property:

(a) Wells Fargo Home Mortgage, secured by a first deed of trust in the Debtors' residence, shall be paid regular post-petition payments directly by the Debtors to the secured creditor.

(3) Claims Secured by Personal Property:

(a) Toyota Motor Credit Company, secured by a lien in a 2008 Chrysler Aspen, shall be paid $32,205.85 with 4% interest. The creditor will receive adequate protection payments of $634.47 per month.

(4) Unsecured Priority Claims:

None

(5) Surrendered Property. Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or

Law Office of
Kenneth E. Moyer, PLLC
1845 McCulloch Blvd.
Suite A-10
Lake Havasu City
Arizona 86403
(928)505-4906
Fax (928)505-09

2

Case 0:10-bk-00342-EPB    Doc 19    Filed 10/14/11    Entered 10/14/11 12:07:37    Desc
Main Document - Chapter 13 Plan and Application for Payment of Administrative Ex    Page 2 of 4

an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

2008 Bombardier Quad to GEMB/Bombardier

(6) <u>Other Provisions</u>: None.

(7) <u>Unsecured Nonpriority Claims</u>. All other claims shall be classified as unsecured and nonpriority. Such claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. § 1328. Unsecured creditors shall receive at least $932.31 before the case is deemed complete. Wells Fargo Bank, NA which holds a second lien position on Debtors' residence shall not receive any payments as a secured claim pursuant to the Court's Order Regarding Avoidance of Junior Lien held by Wells Fargo Bank, NA entered on May 3, 2010. The claim of Wells Fargo Bank, NA shall be treated as a general unsecured claim.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation.

---

ORDER SIGNED ABOVE

Approved as to Form and Content By:

_____
Russell A. [Brown], Trustee

Russell Brown
cn=Russell Brown, o=Chapter 13 Trustee, ou,
email=mail@ch13bk.com, c=US
2011.10.13 16:39:46 -07'00'

_____
Kenneth E. Moyer, Esq.
Attorney for Debtors

/
/
/
/
/

Km

Law Office of
Kenneth E. Moyer, PLLC
1845 McCulloch Blvd.
Suite A-10
Lake Havasu City
Arizona 86403
(928)505-4906
Fax (928)505-09[  ]

3

1    The Debtors certify: All required State and Federal income tax returns have been filed. No
2    domestic support obligation is owed or, if owed, such payments are current since the filing of
      the Petition.
3
4    _____
      Larry J. Robinson
5
6    _____
      Loretta E. Robinson

4